549 P.2d 161

Nellie A. KLEINSMITH, Petitioner,

v.

The INDUSTRIAL COMMISSION of Arizona, Respondent,

Circle K Corporation, Respondent Employer,

Circle K Corporation, Respondent Carrier.

No. 12613–PR.

Supreme Court of Arizona,
In Banc.

May 10, 1976.
Rehearing Denied June 15, 1976.

Davis, Eppstein & Tretschok, by Dale D. Tretschok, Tucson, for petitioner.

Greg L. Folger, Chief Counsel, The Industrial Commission of Arizona, Phoenix, for respondent.

Glen D. Webster, Jr., Phoenix, for respondent carrier.

CAMERON, Chief Justice.

Petition for Review granted. The majority opinion of the Court of Appeals as reported in 26 Ariz.App. 77, 546 P.2d 346 (1976) is approved and adopted as the opinion of this court.

STRUCKMEYER, V. C. J., and HAYS, HOLOHAN and GORDON, JJ., concurring.